UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV09-6386-CAS (SSx) | Date | February 4, 2010 |
|---|---|---|---|
| Title | SUGEY GARCIA; ET AL. v. TARGET #2143; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| PAUL PIERSON | NOT PRESENT | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

N/A   N/A

**Proceedings:** (In Chambers) **ORDER DISCHARGING ORDER TO SHOW CAUSE AND REMANDING TO LOS ANGELES SUPERIOR COURT**

The Court reviewed the parties' responses to the Order to Show Cause issued herein on October 5, 2009. Based on plaintiffs' response dated October 29, 2009 and plaintiffs' amended declaration dated February 3, 2010, the Court finds that the amount in controversy at issue does not exceed $75,000, exclusive of interest and costs, and therefore that the Court lacks jurisdiction over the instant action pursuant to 28 U.S.C. § 1332.[1] Indeed, where a lawsuit arises exclusively under state law, federal courts may exercise jurisdiction only where there is complete diversity among the parties and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332. Accordingly, the Court remands this action to the Los Angeles Superior Court.

IT IS SO ORDERED.

:  n/a

Initials of Preparer  PDP

---

[1] In her amended declaration, plaintiff Sugey Garcia states: "Exclusive of costs and interest, the amount in controversy in this case does not exceed $75,000 for either myself or for my daughter . . . . Accordingly, I will not seek for either myself or for my daughter . . . either in this action nor in any action in the Los Angeles County Superior Court should this matter be remanded, damages in excess of $75,000.00 exclusive of costs and interest."